IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| PATRICIA A. CRAWFORD | ) | |
| | ) | Case No.: 3:17-1002-TLW-PIG |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **PLAINTIFF PATRICIA** |
| | ) | **CRAWFORD'S** |
| ALLSERV, INC., | ) | **STIPULATION OF** |
| | ) | **DISMISSAL PURSUANT TO** |
| Defendant. | ) | **RULE 41(a)(1)(A)(ii)** |
| | ) | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Patricia A. Crawford, with the consent of Defendant Allserv, Inc. stipulates that she is voluntarily dismissing each and every one of her claims in this action against Allserv, Inc. with prejudice. The parties have further agreed that each party is and shall be responsible for its respective costs and attorneys' fees.

WE SO STIPULATE:

s/ Jessica S. Benson
Thomas W. Winslow (Fed. ID No. 09740)
Jessica S. Benson (Fed. ID No. 10007)
GOLDFINCH WINSLOW
11943 Grandhaven Dr., Suite A-2
P.O. Box 829
Murrells Inlet, S.C. 29576
Telephone:    (843) 357-9301
Fax:              (843) 357-9303
Tom@goldfinchwinslow.com

February 27, 2018                               Jessica@goldfinchwinslow.com
Murrells Inlet, South Carolina         Attorneys for Plaintiff

2

s/Sheila M. Bias
Sheila M. Bias (Fed ID No.11602)
FISHER & PHILLIPS, LLP
1320 Main Street, Suite 750
P.O. Box 11612
Columbia, SC 29211
Telephone:      (803) 255-0000
Fax:                (803) 255-0202
sbias@fisherphillips.com

February 27, 2018
Columbia, South Carolina

2